FILED
2023 Jun-12 PM 05:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| FIYYAZ PIRANI, TRUSTEE OF IMPERIUM IRREVOCABLE TRUST, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>MEDICAL PROPERTIES TRUST, INC., MPT OPERATING PARTNERSHIP, L.P., EDWARD K. ALDAG, JR., R. STEVEN HAMNER, and J. KEVIN HANNA,<br><br>　　Defendants. | CASE NO. 2:23-cv-00486-CLM<br><br>CLASS ACTION |

**NOTICE OF MOTION OF FIYYAZ PIRANI, TRUSTEE OF IMPERIUM IRREVOCABLE TRUST, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Fiyyaz Pirani, as Trustee for the Imperium Irrevocable Trust ("Movant"), respectfully moves this Court for an order: (1) appointing Movant as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Movant's selection of Berger Montague PC as Lead Counsel and Pittman, Dutton, Hellums, Bradley & Mann, P.C. as Liaison Counsel; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

Movant seeks appointment as Lead Plaintiff and approval of his choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This Motion is based on this Notice, the attached memorandum of law, the declaration of Chris T. Hellums, Esq. and exhibits thereto, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated:  June 12, 2023                             Respectfully submitted,

                                                  /s/Jon Mann
                                                  Chris T. Hellums (ASB-5583-L73C)
                                                  Jonathan S. Mann (ASB-1083-A36M)
                                                  **PITTMAN, DUTTON, HELLUMS,**

2

**BRADLEY & MANN P.C.**
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Tel: (205) 322-8880
Fax: (205) 328-2711
Email: chrish@pittmandutton.com
Email: jonm@pittmandutton.com

**BERGER MONTAGUE PC**
Michael Dell'Angelo
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email:       mdellangelo@bm.net

*Attorneys for Movant Pirani and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Jon Mann
Jonathan S. Mann
