UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FIYYAZ PIRANI, TRUSTEE OF IMPERIUM IRREVOCABLE TRUST, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MEDICAL PROPERTIES TRUST, INC., MPT OPERATING PARTNERSHIP, L.P., EDWARD K. ALDAG, JR., R. STEVEN HAMNER, and J. KEVIN HANNA, <br><br> Defendants. | CASE NO. 2:23-cv-00486-CLM <br><br> CLASS ACTION |

## DECLARATION OF CHRIS T. HELLUMS, ESQ. IN SUPPORT OF MOTION OF FIYYAZ PIRANI, TRUSTEE OF IMPERIUM IRREVOCABLE TRUST, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, Chris T. Hellums, Esq., declare as follows:

1. I am a member in good standing of the bar of the State of Alabama and am admitted to practice before this Court. I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Movant Fiyyaz Pirani ("Mr. Pirani"), as Trustee for the Imperium Irrevocable Trust ("Movant") for the entry of an Order of the following: (1) appointing Movant as Lead Plaintiff; (2) approving Movant's selection of Berger Montague PC as Lead Counsel and Pittman, Dutton, Hellums,

Bradley & Mann, P.C. as Liaison Counsel; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

2. Attached as Exhibits A through G are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Signed Certification of Mr. Pirani pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2); |
| EXHIBIT B: | Notice of pendency of class action lawsuit against Medical Properties Trust, Inc. published on *Business Wire* on April 12, 2023; |
| EXHIBIT C: | Notice of pendency of class action lawsuit against Medical Properties Trust, Inc. published on *PRNewswire* on April 14, 2023; |
| EXHIBIT D: | Chart reflecting calculation of financial losses sustained by Movant on Class Period transactions in Medical Properties Trust, Inc. securities; |
| EXHIBIT E: | Declaration of Mr. Pirani; |
| EXHIBIT F: | Berger Montague PC Firm Resume; and |
| EXHIBIT G: | Pittman, Dutton, Hellums, Bradley & Mann, P.C. Firm Resume. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 12th day of June 2023.

/s/ Chris T. Hellums

2