# EXHIBIT A

DocuSign Envelope ID: 241B72EC-FEBF-40E2-ADB0-BB47D7A9BEBD

## MEDICAL PROPERTIES TRUST, INC. (NYSE: MPW)
## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Fiyyaz Pirani, Trustee of Imperium Irrevocable Trust, declare that:

1. I filed an initial complaint against Medical Properties Trust, Inc. ("Medical Properties"), and I authorize the filing of a motion for appointment as Lead Plaintiff on my behalf by my attorneys.

2. I did not purchase and/or acquire the security that is the subject of this action at the direction of my counsel, nor in order to participate in any private action under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Certification.

4. My transactions in Medical Properties securities during the proposed Class Period of July 15, 2019 through and including February 22, 2023, are attached hereto in Schedule A. I have complete authority to bring a suit to recover investment losses for all securities set forth in Schedule A.

5. I am currently serving or have served as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in: *In re 2U, Inc. Securities Class Action*, No. 8:19-cv-03455 (S.D.N.Y.); *Dennee v. Slack Technologies, Inc., et al.*, No. 3:19-cv-05857 (N.D. Cal.); *In re Netflix, Inc., Securities Litigation*, No. 4:22-cv-02672 (N.D. Cal.).

6. I have not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/11/2023
Houston, TX

_Fiyyaz Pirani_
Fiyyaz Pirani, Trustee of
Imperium Irrevocable Trust

DocuSign Envelope ID: 241B72EC-FEBF-40E2-ADB0-BB47D7A9BEBD

# Schedule A

**Transactions of Fiyyaz Pirani, Trustee of Imperium Irrevocable Trust, in Medical Properties Trust, Inc. (NYSE: MPW) During the Class Period of July 15, 2019 through and including February 22, 2023**

| Date | Transaction | Security | Shares | Price |
|---|---|---|---|---|
| 5/10/2022 | Buy* | Common Stock | 300 | $20.00000000 |
| 5/19/2022 | Buy* | Common Stock | 48,800 | $19.00000000 |
| 5/20/2022 | Buy* | Common Stock | 121,200 | $19.00000000 |
| 5/20/2022 | Buy* | Common Stock | 359,700 | $20.00000000 |
| 12/1/2022 | Buy | Common Stock | 23,422 | $12.93495731 |
| 12/1/2022 | Buy | Common Stock | 446,578 | $12.99133146 |

* Assigned.

| Date | Transaction Type | Contract Type | Exp/Strike | Quantity | Price |
|---|---|---|---|---|---|
| 4/20/2022 | Sell | Put | May 20, 2022 / $20.00 | (1,538) | $0.55000000 |
| 4/21/2022 | Sell | Put | May 20, 2022 / $20.00 | (2,000) | $0.45000000 |
| 4/22/2022 | Sell | Put | May 20, 2022 / $20.00 | (62) | $1.11000000 |
| 4/22/2022 | Sell | Put | May 20, 2022 / $19.00 | (1,700) | $0.53841765 |
| 5/23/2022 | Sell | Call | June 17, 2022 / $19.00 | (2,500) | $0.20002000 |
| 10/7/2022 | Sell | Put | Oct. 21, 2022 / $10.00 | (1,000) | $0.50139000 |
| 10/21/2022 | Sell | Put | Nov. 18, 2022 / $9.00 | (2,000) | $0.50008500 |
| 10/21/2022 | Sell | Put | Nov. 18, 2022 / $9.00 | (2,000) | $0.53000000 |
| 10/21/2022 | Buy | Put | Nov. 18, 2022 / $9.00 | 4 | $0.50000000 |
| 11/21/2022 | Sell | Put | Dec. 16, 2022 / $11.00 | (8) | $0.25000000 |
| 11/21/2022 | Sell | Put | Dec. 16, 2022 / $11.00 | (1,992) | $0.21000000 |
| 12/14/2022 | Buy | Put | Dec. 16, 2022 / $11.00 | 245 | $0.20000000 |
| 12/14/2022 | Sell | Call | Dec. 30, 2022 / $13.00 | (4,000) | $0.2500000 |