FILED
2023 Jun-12 PM 05:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B





# MPW CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against Medical Properties Trust, Inc.

April 12, 2023 06:25 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York, captioned *Sward v. Medical Properties Trust, Inc., et al.,* Case No. 23-cv-03070, on behalf of persons and entities that purchased or otherwise acquired Medical Properties Trust, Inc. ("MPT" or the "Company") (NYSE: MPW) securities between **March 1, 2022 and February 22, 2023**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from this notice** to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your MPT investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at www.glancylaw.com/cases/Medical-Properties-Trust-Inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On February 23, 2023, before the market opened, MPT issued a press release announcing its fourth quarter and full year 2022 financial results. Therein, MPT disclosed an impairment of about $171 million on four properties leased to Prospect as well as a write off of about $112 million in unbilled rent for the same client.

On this news, the Company's stock price fell $0.80, or 8.7%, to close at $11.14 per share on February 23, 2023, thereby injuring investors.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Prospect was facing significant pressures affecting the profitability of its Pennsylvania properties; (2) that, as a result, there was a significant risk that Prospect would be unable to meet its rental obligations owed to MPT; (3) that, "given the elongated timing of the Pennsylvania recovery," the Company was reasonably likely to record an impairment charge to the real estate value of the Pennsylvania properties; (4) and that as a result of the foregoing, Defendant's positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired MPT securities during the Class Period, you may move the Court no later than **60 days from this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts
Glancy Prongay & Murray LLP, Los Angeles
Charles H. Linehan, 310-201-9150 or 888-773-9224
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
www.glancylaw.com
shareholders@glancylaw.com