# EXHIBIT D

**FINANCIAL INTEREST ANALYSIS**

**Medical Properties Trust**    TICKER: MPW    Set-Off Price:[1]    $8.526066
**Class Period: 07/15/2019 - 02/22/2023**

**Imperium Irrevocable Trust**

| LIFO | | | | |
|---|---|---|---|---|
| Transaction | Date | Quantity | Price Per Share | Cost/Proceeds |
| Purchase[2] | 5/10/2022 | 300 | $20.00000000 | ($6,000.00) |
| Purchase[2] | 5/19/2022 | 48,800 | $19.00000000 | ($927,200.00) |
| Purchase[2] | 5/20/2022 | 121,200 | $19.00000000 | ($2,302,800.00) |
| Purchase[2] | 5/20/2022 | 359,700 | $20.00000000 | ($7,194,000.00) |
| Purchase | 12/1/2022 | 23,422 | $12.93495731 | ($302,962.57) |
| Purchase | 12/1/2022 | 446,578 | $12.99133146 | ($5,801,642.82) |
| **Class Period Purchases:** | | **1,000,000** | | **($16,534,605.39)** |
| **Shares Held:** | | 1,000,000 | $8.526066 | $8,526,065.57 |
| | | | **LIFO Gain/(Loss):** | **($8,008,539.82)** |

| Options | | | | | | |
|---|---|---|---|---|---|---|
| Transaction | Date | Contract Type | Exp./Strike | Quantity | Price | Cost/Proceeds |
| Sell | 4/20/2022 | Put | 05/20/22/$20.00 | (1,538) | $0.55000000 | $84,590.00 |
| Sell | 4/21/2022 | Put | 05/20/22/$20.00 | (2,000) | $0.45000000 | $90,000.00 |
| Sell | 4/22/2022 | Put | 05/20/22/$20.00 | (62) | $1.11000000 | $6,882.00 |
| Assigned | 5/10/2022 | Put | 05/20/22/$20.00 | 3 | $0.00000000 | $0.00 |
| Assigned | 5/20/2022 | Put | 05/20/22/$20.00 | 3,597 | $0.00000000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$181,472.00** |
| Sell | 4/22/2022 | Put | 05/20/22/$19.00 | (1,700) | $0.53841765 | $91,531.00 |
| Assigned | 5/19/2022 | Put | 05/20/22/$19.00 | 488 | $0.00000000 | $0.00 |
| Assigned | 5/20/2022 | Put | 05/20/22/$19.00 | 1,212 | $0.00000000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$91,531.00** |
| Sell | 5/23/2022 | Call | 6/17/2022/$19.00 | (2,500) | $0.20002000 | $50,005.00 |
| Expired | 6/17/2022 | Call | 6/17/2022/$19.00 | 2,500 | $0.00000000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$50,005.00** |
| Sell | 10/7/2022 | Put | 10/21/2022/$10.00 | (1,000) | $0.50139000 | $50,139.00 |
| Expired | 10/21/2022 | Put | 10/21/2022/$10.00 | 1,000 | $0.00000000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$50,139.00** |
| Sell | 10/21/2022 | Put | 11/18/2022/$9.00 | (2,000) | $0.50008500 | $100,017.00 |
| Sell | 10/21/2022 | Put | 11/18/2022/$9.00 | (2,000) | $0.53000000 | $106,000.00 |
| Buy | 10/21/2022 | Put | 11/18/2022/$9.00 | 4 | $0.50000000 | ($200.00) |
| Expired | 11/18/2022 | Put | 11/18/2022/$9.00 | 3,996 | $0.00000000 | $0.00 |

|        |            |     | **Contracts Remaining:** |         | **0 Subtotal:** | **$205,817.00** |
|--------|------------|-----|-------------|---------|---------------|---------------|
| Sell   | 11/21/2022 | Put | 12/16/2022/$11.00 | (8)    | $0.25000000 | $200.00 |
| Sell   | 11/21/2022 | Put | 12/16/2022/$11.00 | (1,992) | $0.21000000 | $41,832.00 |
| Buy    | 12/14/2022 | Put | 12/16/2022/$11.00 | 245    | $0.20000000 | ($4,900.00) |
| Expired| 12/16/2022 | Put | 12/16/2022/$11.00 | 1,775  | $0.00000000 | $0.00 |
|        |            |     | **Contracts Remaining:** |         | **0 Subtotal:** | **$37,132.00** |
| Sell   | 12/14/2022 | Call | 12/30/2022/$13.00 | (4,000) | $0.25000000 | $100,000.00 |
| Expired| 12/30/2022 | Call | 12/30/2022/$13.00 | 4,000  | $0.00000000 | $0.00 |
|        |            |     | **Contracts Remaining:** |         | **0 Subtotal:** | **$100,000.00** |
|        |            |     | **Options Gain/(Loss):** |         |               | **$716,096.00** |
|        |            |     | **TOTAL GAIN/(LOSS)** |         |               | **($7,292,443.82)** |

[1] The average closing price from February 23, 2023 through May 19, 2023.

[2] Assigned