# EXHIBIT E

# DECLARATION OF FIYYAZ PIRANI
## IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

I, Fiyyaz Pirani, Trustee for the Imperium Irrevocable Trust, pursuant to 28 U.S.C. §1746, declare as follows:

1. I respectfully submit this Declaration in support of my motion for appointment as lead plaintiff in the securities class action litigation against Medical Properties Trust, Inc. (the "Company" or "Medical Properties") and certain of the Company's executive officers and directors. I have personal knowledge of the facts set forth below relating to my activities, actions, and beliefs, and would testify competently thereto.

2. I suffered substantial losses as a result of my transactions in Medical Properties securities between July 15, 2019 and February 22, 2023 (the "Class Period"), and I am motivated to obtain the best possible result for myself and the class. I reside in Houston, Texas. I have been managing my investment portfolio for over ten years.

3. I currently serve as lead plaintiff in two actions under the federal securities laws: *Dennee v. Slack Technologies, Inc.*, et al., No. 3:19-cv-05857 (N.D. Cal.); and *In re Netflix, Inc., Securities Litigation*, No. 4:22-cv-02672 (N.D. Cal.). I also previously served as lead plaintiff in *In re 2U, Inc. Securities Class Action*, No. 8:19-cv-03455 (S.D.N.Y.), which resolved via settlement.

4. I understand the responsibilities and obligations of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which include acting as a fiduciary for all class members, staying informed about this litigation, and selecting and overseeing lead counsel. I am willing to serve in this capacity on behalf of the other Medical Properties investors harmed by defendants' alleged misconduct, and I am willing to oversee the vigorous prosecution of this litigation in order to maximize the recovery for the class.

5.  I filed the initial class action complaint against Medical Properties in the District Court for the Northern District of Alabama. After reviewing information concerning an investigation of potential claims against Medical Properties, I contacted Berger Montague PC. Prior to the filing of the initial complaint and the motion for appointment as lead plaintiff, I had multiple discussions with James Maro, Senior Counsel of Berger Montague, via telephone, text, and email regarding the investigation of Medical Properties, the possibility of serving as a lead plaintiff on behalf of other Medical Properties investors, and the duties and responsibilities that I would assume if appointed as lead plaintiff under the PSLRA. I also participated in an in-person meeting with Mr. Maro on May 25, 2023, in Houston, Texas. To reiterate, I sought out Berger Montague to represent me and the class in this lawsuit.

6.  As an investor who suffered substantial losses in Medical Properties securities during the Class Period, I believe it is in the best interest of all class members that I serve as lead plaintiff in this case, as I have the incentive, experience, ability, and desire to control the litigation and maximize the recovery for the class.

7.  I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members. As indicated above, I am aware of the requirements and responsibilities of being lead plaintiff in a securities class action, including interacting with and directing counsel, reviewing and commenting on important documents and filings in the case, attending important court hearings and trial as necessary, participating in discovery, overseeing settlement discussions, and authorizing any potential settlement on behalf of the class. I am willing to undertake these responsibilities on behalf of the class.

8.  In addition, I understand that, as lead plaintiff, it is my responsibility to select counsel for the class. I took this responsibility extremely seriously and considered multiple firms before selecting Berger Montague as proposed lead counsel, and chose that firm based on its

extensive securities litigation experience and its recovery of billions of dollars on behalf of defrauded investors in complex securities cases like this. I have instructed counsel to conduct the litigation in an efficient manner, and to provide regular updates as frequently as necessary.

9. I hereby reaffirm that I am committed to satisfying the fiduciary obligations that I will assume if appointed lead plaintiff. I will ensure that the Medical Properties securities litigation will be vigorously prosecuted consistent with a lead plaintiff's obligations under the PSLRA and in the best interests of the class, and I will seek to obtain the greatest possible recovery for the class.

I, Fiyyaz Pirani, Trustee of the Imperium Irrevocable Trust, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June 9, 2023.

                                          *DocuSigned by: Fiyyaz Pirani*

Fiyyaz Pirani, Trustee of
Imperium Irrevocable Trust