# EXHIBIT G



# FIRM RÉSUMÉ

Pittman, Dutton, Hellums, Bradley & Mann, P.C. ("PDHBM") attorneys have been representing individuals, consumers, and small businesses in complex civil litigation for over 35 years. PDHBM has resolved thousands of cases, hundreds of which resulted in verdicts and settlements exceeding $1 million. Additionally, PDHBM has been in leadership in cases involving class actions and mass tort litigations in which recoveries have exceeded over three-billion dollars for consumers and small businesses. PDHBM has handled cases in every Alabama circuit court and in all Alabama federal courts. PDHBM is located in Birmingham, Alabama, but routinely represents clients in class actions and mass tort litigation throughout the country.

PDHBM and its lawyers have consistently been recognized by numerous national organizations, publications and their peers as among the most successful and experienced courtroom lawyers in the country. These include U.S. News Best Law Firms in America, The Best Lawyers in America, Top Ranked Law Firms by Martindale-Hubbell, American College of Trial Lawyers, American Board of Trial Advocates, Martindale-Hubbell's AV Preeminent Peer Review Rated, Million Dollar Advocates Forum, and SuperLawyers.

## REPRESENTATIVE MULTI DISTRICT AND CLASS ACTION LITIGATION LEADERSHIP EXPERIENCE

### Class Actions

*In re Blue Cross Blue Shield Antitrust Litigation*, MDL 2406 (Local Facilitating Counsel for Subscriber Plaintiffs)

*Williams v. Gulf Coast Pain Consultants*, 3:19-cv-01659 (N.D.Fla.) (Class Counsel)

*In re Arby's Restaurant Group, Inc. Data Security Litigation*, 1:17-cv-514 (N.D. Ga.) (Plaintiffs' Steering Committee)

*In re Community Health Systems, Inc., Customer Data Security Breach Litigation*, MDL 2595 (Local Liaison Counsel)

*Bach Enterprises, Inc. v. Advanced Disposal Services South, Inc.,* Circuit Court, Barbour County, Alabama, Case No. 69-cv-2013-9000090 (Class Counsel)

*WinSouth Credit Union, individually and on behalf of all similarly situated v. MAPCO Express, Inc. and Delek US Holdings, Inc.* (Class Counsel)

*Mandi Phillips, individually and on behalf of all similarly situated v. MAPCO Express, Inc. and Delek US Holdings, Inc.* (Class Counsel)

---

2001 Park Place North  
Suite 1100  
Birmingham, AL 35203

www.PittmanDutton.com

Tel: 205.322.8880  
Fax: 205.328.2711  
Toll-Free: 866.515.8880

**Medical Device Multidistrict Litigation**

*In re Paragard IUD Products Liability Litigation*, MDL 2974 (Plaintiffs' Steering Committee)

*In re Davol, Inc./C.R. Bard, Inc. Polypropylene Hernia Mesh Products Liability Litigation*, MDL 2846 (Plaintiffs' Steering Committee)

*In re Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation*, MDL 2441 (Plaintiffs' Steering Committee)

**Pharmaceutical Multidistrict Litigation**

*In re Valsartan Products Liability Litigation*, MDL 2875 (Plaintiffs' Steering Committee)

*In re Abilify (Aripirazole) Products Liability Litigation,* MDL 2734 (Plaintiffs' Steering Committee)

**Other Product Liability Multidistrict Litigation**

*In re 3M Combat Arms Earplug Products Liability Litigation*, MDL 2885 (Common Benefit Fund Committee)

**PDHBM also represents or represented clients in the following complex litigations:**

- *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*
- *In re DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*
- *In re DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*
- *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
- *In re Chinese-Manufactured Drywall Products Liability Litigation*
- *In re Actos (Pioglitazone) Products Liability Litigation*
- *In re Xarelto (Rivaroxaban) Products Liability Litigation*
- *In re Pradaxa (Dabigatran Etexilate) Products Liability Litigation*
- *In re C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation*
- *In re Cook Medical, Inc., Pelvic Repair System Products Liability Litigation*
- *In re Taxotere (Docetaxel) Products Liability Litigation*
- *In re Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*
- *In re: Total Body Formula Products Liability Litigation (Co-Lead Counsel; member of Plaintiffs' Executive Committee and Plaintiffs' Steering Committee)*
- *Physician Mutual Class Action*
- *In re: Vioxx Products Liability Litigation*
- *In re: Prempro Product Liability Litigation*
- *In re: Hydroxycut Marketing and Sales Practices Litigation*