FILED

2023 Jun-12  PM 05:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **FIYYAZ PIRANI, TRUSTEE OF IMPERIUM IRREVOCABLE TRUST, individually and on behalf of all others similarly situated,** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | **CASE NO. 2:23-cv-00486-CLM** |
| **v.** | ) ) | **CLASS ACTION** |
| **MEDICAL PROPERTIES TRUST, INC., MPT OPERATING PARTNERSHIP, L.P., EDWARD K. ALDAG, JR., R. STEVEN HAMNER, and J. KEVIN HANNA,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

### [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the motion of Fiyyaz Pirani, Trustee for the Imperium Irrevocable Trust, for appointment as Lead Plaintiff and approval of selection of the law firm of Berger Montague PC as Lead Counsel (the "Motion"), IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      All securities class actions on behalf of purchasers of Medical Properties Trust, Inc. securities subsequently filed in, or transferred to, this District will be consolidated into this action.  This Order will apply to every such action,

absent an order of the Court.  A party objecting to such consolidation or to any other provisions of this Order must file an application for relief from this Order within ten days after the action is consolidated into this action.

3.      This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

4.      Movant Fiyyaz Pirani, Trustee for the Imperium Irrevocable Trust, is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

5.      Berger Montague PC is appointed as Lead Counsel for the class, and the law firm of Pittman, Dutton, Hellums, Bradley & Mann, P.C. is appointed Liaison Counsel. Lead Counsel will have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)      the briefing and argument of any and all motions;

(b)      the conduct of any and all discovery proceedings, including, without limitation, depositions;

(c)      the selection of counsel to act as spokesperson at all pretrial conferences;

(d)      the organization of meetings of Plaintiffs' counsel as they deem necessary and appropriate from time to time;

(e)      settlement negotiations with counsel for Defendants;

(f)     the pretrial discovery proceedings, the preparation for trial, the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(g)     the preparation and filing of all pleadings; and

(h)     the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

**DONE and ORDERED on _____, 2023.**

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE