FILED

2024 Sep-26  AM 08:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**FIYYAZ PIRANI,**
    Plaintiff,

**v.**

**MEDICAL PROPERTIES TRUST,
INC., *et al.*,**
    Defendants.

**Case No. 2:23-cv-486-CLM**

## ORDER

For the reasons stated in the accompanying memorandum opinion, the court **GRANTS** Defendants' motion to dismiss Pirani's Amended Complaint. (Doc. 30).

The court **DISMISSES WITH PREJUDICE** Pirani's claims.

The court **DIRECTS** the Clerk of Court to close this case.

**DONE** and **ORDERED** on September 26, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE